# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **YOGESH MALIK,** **Petitioner** | **CIVIL DOCKET NO. 1:20-CV-00928-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN, ET AL** **Respondents** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [ECF No. 10], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 9th day of December, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE